# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA

v.  Case No.: 1:17–cr–00079–HSM–SKL

JEREMY L WOODS

## ORDER

    The Court finds that defendant, Jeremy L Woods, does not have the funds to retain an attorney of defendant's choice and that defendant wants to be represented by counsel. As a condition of the appointment of counsel to represent defendant, the Court reserves the right to require the defendant to repay the government the reasonable value of the services rendered to defendant by the appointed counsel and any expenses in connection therewith. Accordingly, it is ORDERED the following counsel will be appointed to represent defendant:

Martin Wayne Lester
Lester Law
3731 Hixson Pike
Chattanooga, TN 37415

423–402–0608

ENTER.

                                        s/Susan K Lee
                                        UNITED STATES MAGISTRATE JUDGE