U.S. DISTRICT COURT for the EASTERN DISTRICT OF TENNESSEE at CHATTANOOGA

- ☑ Initial Appearance
- ☐ Complaint
- ☐ Preliminary Exam
- ☐ Motion Hearing
- ☑ Indictment
- ☐ SSI
- ☐ Information
- ☐ Detention Hearing
- ☐ Bond Hearing
- ☐ Petition for Probation/Supervised Release action
- ☑ Arraignment
- ☐ Arraignment on SSI

Case No. 1:17-cr-79   USA v. Jeremy L. Woods

**PRESENT:** Honorable Susan K. Lee   ☐ U.S. District Judge OR ☑ U.S. Magistrate Judge

Perry Piper/Chris Poole — Assistant U.S. Attorney
Martin Lester — Attorney for Defendant  ☑ Appt.  ☐ Retd  ☐ Ltd. App.
Candace Lindsey — Probation Officer

Ashley Spangler — Courtroom Deputy
Court Reporter: _____
Interpreter(s): _____  ☐ SWORN

Digital Recording: Crtrm 1B ☐   OR Crtrm 4 ☑

**PROCEEDINGS:** ☑ DEFENDANT(S) SWORN

**DATES SET:**

- ☑ Financial affidavit(s) executed
- ☑ Court appointed attorney(s) under CJA
- ☐ Court may require deft(s) repay govt cost of atty(s)
- ☐ Defendant(s) waived appointment of attorney(s)
- ☑ Defendant(s) specifically advised of rights
- ☐ Deft advised of Rules 20, 5 FRCrP
- ☐ Deft executed waiver of Rule 5, 5.1 hearing
- ☑ Deft waived reading of indictment/information
- ☐ Indictment/Information read
- ☑ Deft pleads not guilty to counts 1-2
- ☐ Not guilty plea entered by Court on deft's behalf
- ☐ Deft. entered no plea

Detention hearing: Waived
Preliminary exam: _____
Revocation hearing: _____
Arraignment: _____
OTHER: _____

Court ordered file ☐ sealed OR ☐ unsealed

**TESTIMONY BY**: _____

**OTHER MATTERS**:

**BOND**

☑ Govt. motion for detention without bond:  ☑ granted  ☐ denied
☐ Court ordered deft released on bond (see order setting conditions of release)

Amount: _____   Type: _____

Defendant ineligible for release on bond: _____

Deft  ☑ remanded to custody of U.S. Marshal   ☐ remained in custody   ☐ remained on bond   ☐ released on bond

Time: 3:01 to 3:20   Date: 5/25/17

rev 3/09